IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
SAM J. GATTA )
MARIA L. GATTA )
)
)
        Debtors ) CH 13 Case No. 06-40424
)
) **TRANSMITTAL OF UNCLAIMED FUNDS**

TO THE CLERK - U.S. BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the persons to whom such unnegotiated check was issued, the amount of such check and its last known address is:

        SAM J. GATTA
        MARIA L. GATTA
        3308 GLEN OAKS
        YOUNGSTOWN, OH 44511

        $5.00

        **TOTAL:**        $5.00

2. A check in the amount of $15.02, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3. Nothing further remains to be done in this case.

DATED this 15th day of October, 2010.

        MICHAEL A. GALLO, TRUSTEE
        20 Federal Plaza West
        Suite #602
        Youngstown, OH 44503
        (330) 743-1246

MICHAEL A. GALLO, STANDING CHAPTER 13 TRUSTEE, YOUNGSTOWN, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
SAM J. GATTA )
MARIA L. GATTA )
)
Debtors ) CH 13 Case No. 06-40424
)
)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this 15th day of October, 2010, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: *Jennifer Buchmann*
Jennifer Buchmann - Assistant

Trustee:67 TR-009A

CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503

CREDITOR:523237
VOUCHER FOR CHECK: 823551
DATED: 2010/09/30

Page 1 OF 1

| NAME OF CREDITOR | CASE | CLM | CLS | RE | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK PRINCIPAL | INTEREST | PAID TO DATE PRINCIPAL | INTEREST | NEW BALANCE PRINC + INT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY C | 0640424 | 926 | 6 | 37 | GATTA, SAM J GATTA, MARIA L | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0741394 | 926 | 6 | 29 | IVES, JR., RICHARD W. | UNCLAIMED FUNDS | 5.02 | 0.00 | 5.02 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0942292 | 926 | 6 | 25 | FAIRCHILD, GARY A. FAIRCHILD, NORMA J. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 | 0.00 |

#ITEMS: 3
CURRENT CHECK — PRINCIPAL 15.02, INTEREST 0.00, PRINC + INT 15.02